**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALBERT KOETSIER,  Plaintiff, | Civil Action No.: 1:24-cv-00655 |
| v. | Judge Nancy L. Maldonado |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",  Defendants. | Magistrate Judge Young B. Kim |

**DECLARATION OF SERVICE**

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, Albert Koetsier ("Koetsier" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting Koetsier to complete service of process to Defendant pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication or by sending an e-mail to the e-mail addresses provided for Defendant by third parties that includes a link to said website.

3. I hereby certify that on February 12, 2024, I sent an e-mail containing a copy of the Complaint, Order for Expedited Discovery and Service of Process by Email, and Summons to the e-mail addresses associated with accounts at the ContextLogic, Inc. d/b/a Wish.com ("WISH") marketplace as identified and provided for Defendant by third parties.

4. I hereby certify that on or before February 12, 2024, I electronically published the Complaint, Order for Expedited Discovery and Service of Process by Email, and Summons on a website.

5. I hereby certify that on February 12, 2024, I sent an e-mail containing a copy of the Complaint, Order for Expedited Discovery and Service of Process by Email, and Summons to the e-mail addresses associated with accounts at the WISH marketplace, as identified and provided by third parties for Defendant that includes a link to said website.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2024.

/s/ *Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*